**Below is the Order of the Court.**

_Brian D. Lynch_

**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1

2

3

4

5

6

7

_____

8

9   IN THE UNITED STATES BANKRUPTCY COURT FOR THE
    WESTERN DISTRICT COURT OF WASHINGTON

10

11  In re:                              | In Chapter 7 Proceeding
                                        | NO.  **13-47611-BDL**
12  **CHRISTOPHER WAYNE &**             |
    **KATHLEEN STEVENSON**              | **Order Avoiding**
13                          Debtors.    | **Judgment Lien**

14  _____

15      IT IS ORDERED AS FOLLOWS that the judgment lien of the following creditor is declared null and
    void with respect to the property commonly known as 2306 356th St E., Roy, WA 98580 as long as the
    Debtors receive a discharge in this case:

16      (A)     CAVALRY SPV I LLC (aka Cavalry Portfolio Services LLC) v. Christopher W. Stevenson,

17          Pierce County Superior Court, State of Washington, Judgment No. 13-9-05101-6 filed 5/8/13

18          with an original case number of 13-2-08879-2 in the amount of $2809.84.

19

20                                  /// end of order///

21  Presented by:

22  /s/ Ellen Ann Brown
    **Ellen Ann Brown** WSBA 27992

23  Attorney for Debtor(s)

24

25

26