IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

In re:

Christopher Wayne Stevenson   and Kathleen
Stevenson

                                   Debtors.

In Chapter 7 Proceeding
NO.  **13-47611-BDL**

**Order Reopening Case &
Avoiding Judgment Lien**

IT IS ORDERED AS FOLLOWS that the above referenced case is reopened and the judgment liens of the following creditors are  declared null and void with respect to the property commonly known as **2306 356th St E., Roy, Washington  98580** as follows:

(A)    FIA Card Services, N.A. vs. Kathleen Stevenson in the approximate amount of $14,877.61, together with interest, costs and attorney fees, if any, entered September 7, 2011 with Judgment No. 11-9-10020-1 and Cause No. 11-2-11345 in Pierce County Superior Court, State of Washington; and

(B)    Capital One Bank (USA) N.A., vs. Kathleen Stevenson in the approximate amount of $2,854.92, together with interest, costs and attorney fees, if any, entered December 23, 2011 with Judgment No. 11-9-14567-1 and Cause No. 11-2-16338-1 in Pierce County Superior Court, State of Washington.

/// end of order///

Presented by:
/s/ Ellen Ann Brown
**Ellen Ann Brown** WSBA 27992
Attorney for Debtor(s)

BROWN AND SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958